**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

HEATHER MUMFORD,                        CASE NO.: 5: 18-cv-59-Oc-34PRL

    Plaintiffs,
vs.

SUNTRUST MORTGAGE, INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    **COMES NOW**, Plaintiff, **HEATHER MUMFORD** ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, **SUNTRUST MORTGAGE, INC.**, have come to an amicable settlement agreement.

Date: **March 15, 2018**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 15th day of March, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 /s/ Christopher W. Boss
                                                 Christopher W. Boss, Esq.
                                                 FL Bar No.: 13183
                                                 Boss Law
                                                 Service Email: CPservice@bosslaw.com
                                                 9887 4th Street N., Suite 202
                                                 St. Petersburg, FL 33702
                                                 Phone: (727) 471-0039
                                                 Fax: (727) 471-1206
                                                 Counsel for Plaintiff