**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

HEATHER MUMFORD,

      Plaintiff,

v.                                                                                  Case No.   5:18-cv-59-Oc-34PRL

SUNTRUST MORTGAGE, INC.,

      Defendant.

---

### O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 16; Stipulation) filed on April 2, 2018.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

      **ORDERED:**

1.     This case is **DISMISSED with prejudice**.

2.     Each party shall bear their own fees and costs.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

      **DONE AND ORDERED** in Chambers this 3rd day of April, 2018.

                                       MARCIA MORALES HOWARD
                                       United States District Judge

ja                                           - 2 -

Copies to:

Counsel of Record